

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00464-CV

———————————————

IN RE ROBERTA J. KIRBY, WYNELLE ERICKSON, AND YOUNG'S
PROFESSIONAL SERVICES, PLLC D/B/A YPS ANESTHESIA, Relators

———————————————

Original Proceeding
96th District Court of Tarrant County, Texas
Trial Court No. 096-343315-23

———————————————

Before Womack, J.; Sudderth, C.J.; and Kerr, J.

Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered "Relators' Petition for Writ of Mandamus and Appendix," the "Emergency Motion to Stay Trial Court Proceedings," the "Response to Relators' Petition for Writ of Mandamus and Appendix," and the mandamus record, as supplemented, and is of the opinion that relief should be denied. Accordingly, "Relators' Petition for Writ of Mandamus and Appendix" and "Emergency Motion to Stay Trial Court Proceedings" are denied.

Per Curiam

Delivered:  October 24, 2024